**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-25576-BLOOM**

IN RE: APPLICATION OF
HORACIO MEDINA,

      Applicant.

_____/

**APPLICANT HORACIO MEDINA'S NOTICE REGARDING
RESPONDENT IVAN FREITES'S REPRESENTATIONS TO THE COURT**

Applicant, Horacio Medina ("Mr. Medina"), by and through undersigned counsel, files this Notice regarding Respondent Ivan R. Freites C.'s ("Freites") representations to the Court in connection with the pending motions, and states as follows:

1.      As background, this Court ordered Freites to produce all documents responsive to the subpoena served on him by 5:00 p.m. on February 6, 2026, and to appear for his in-person deposition at 10:00 a.m. on February 12, 2026. *See* ECF Nos. [14], [24]. Freites failed to do so and instead filed a notice of appeal challenging this Court's orders in bad faith. *See* ECF No. [42] (order denying Freites's motion for leave to proceed in forma pauperis on appeal, and holding that "Respondent has not presented any non-frivolous basis for appeal, [and] the appeal is not taken in good faith."). Mr. Medina has since moved for sanctions and contempt proceedings against Freites. *See* ECF No. [41].

2.      On February 26, 2026, Freites filed a Notice, stating that "[e]ffective February 23rd, 2026, Respondent will be temporarily relocating to Colombia for an uncertain duration to receive essential family support during his ongoing cardiovascular treatment and recovery." ECF No. [49] at 1. He "acknowledges in full the ongoing jurisdiction of this Court over his person for the

purposes of this proceeding," stating that he "remains willing to comply with all valid and final orders." *Id.* at 2.

3.      Mr. Medina hereby notifies the Court that, to date, Freites still has not produced any documents responsive to the subpoena or contacted undersigned counsel to arrange his deposition.

4.       Additionally, Mr. Medina has obtained information indicating that Freites did not, in fact, temporarily relocate to Colombia for medical reasons. Since February 20, 2026, Freites has appeared in, and published, multiple social media posts reflecting travel to Venezuela, where he is shown eating *arepas* at restaurants, giving public statements, participating in protests and public assemblies related to oil workers, and calling for workers' strikes and marches against the Venezuelan Labor Inspectorate. *See* **Composite Exhibit "1"** (Social Media Posts).

5.      Furthermore, on March 23, 2026, Freites filed a Notice in the case styled *Ivan R. Freites C., et al. v. Horacio Medina, et al.*, Case No. 25-cv-20465 (Bloom, J.), stating that "Mr. Freites has concluded his temporary stay in the United States and his medical sojourn in Colombia. He has relocated with his wife and sons—who resided in Colombia for the previous four years—to their permanent home in Venezuela." *See* March 23, 2026 Notice, attached as **Exhibit "2,"** at 2.

6.      Mr. Medina's position remains that the Court continues to retain jurisdiction over Freites despite his international travel, as Freites acknowledged in his February 26, 2026 Notice, and that "Freites should be found in contempt and sanctioned to rectify his disobedience, vindicate judicial authority, and further compel his compliance with this Court's orders and Mr. Medina's subpoena." ECF No. [41] at 1.

DATED: March 26, 2026    Respectfully submitted,

             **DIAZ, REUS & TARG, LLP**
             100 Southeast Second Street, Suite 3400
             Miami, Florida 33131
             Telephone: (305) 375-9220
             Facsimile: (305) 375-8050

             By: /s/ *Javier Coronado Diaz*
             Marta Colomar Garcia (Fla. Bar No. 40869)
             Attorney Email: mcolomar@diazreus.com
             Javier Coronado Diaz (Fla. Bar No. 1047848)
             Attorney Email: jcoronado@diazreus.com
             Gabor Gazso von Klingspor (Fla. Bar No. 1058977)
             Attorney Email: ggazso@diazreus.com

             *Counsel for Applicant, Horacio Medina*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed on March 26, 2026 with the

Court's CM/ECF system, which will serve a true and correct copy thereof on all counsel of record,

and served on *pro se* Respondent by mail and email.

/s/ *Javier Coronado Diaz*
Javier Coronado Diaz

4