
**@IvanRFreites** ✔
@IvanRFreites

⊘ Translated from Spanish Show original ⚙

🔥 WORKERS TO THE STREETS! 🔥
⚠️ ENOUGH OF MISERABLE WAGES! ⚠️

📢 This Monday, March 23, we will mobilize across the entire country. In Falcón, the rally will be at the Plaza del Obrero in Punto Fijo at 9:00 AM, from where we will march to the Labor Inspectorate.

✊ We demand the right to work without discrimination, access to healthcare, dignified wages, and that bonuses be converted to salary, as established by law.

⚖️ We will deliver formal complaints demanding immediate response and processing before PDVSA, Cardón IV (Repsol–ENI), and contracting companies.

❇️ Enough of abuses, hunger, and rights violations.
💥 The worker deserves respect.
💥 Salary is not a bonus.

📢 Calls: SUTPGEF

🔴 Attend, participate, and defend your rights.
🔴 This fight is everyone's!

Rate this translation: 👍 👎



8:41 AM · Mar 21, 2026 · **834** Views

← **Post** •••



t�↻ **@IvanRFreites reposted**

**Jhonattam Petit**
@soypetitygarcia

X**.com**

⌀ Translated by Grok

From #Coro, amid protests by public workers and retirees, Iván Freites (FUTPV Secretary) announced that, between March and the coming months, 5,000 to 8,000 jobs will be created at the Paraguaná Refinery Complex (CRP).



10:27 AM · 2/26/26 · **163** Views

💬        t�↻ 5        ♡ 7        🔖 1        ⬆



Today, February 20, 2026, Federation Day, while having "goat in coconut sauce with peeled-corn arepas" for lunch at the Los Telleria restaurant on Ampies Street and Democracia Street in my hometown, CORO, I send a message of hope, faith, and confidence to Venezuelan workers. See you at the gates. Greetings and blessings.

Iván Freites Chirino
Secretary General of the Sole Union of Oil, Petrochemical, Gas, and Related Workers of Falcón State (SUTPGEF)
Secretary of Professionals and Technicians of the Unitary Federation of Petroleum and Gas Workers of Venezuela (FUTPV)





### Posts   **Replies**   Videos   Photos

⟲ **@IvanRFreites reposted**

**Andreina Ramos** ✔ · 2/12/26   𝕏

114 workers of Petróleos de Venezuela, S.A. (PDVSA) are in prison, accused of fuel theft. @IvanRFreites recounts their situation and reminds us who the real gasoline smugglers are.

Full interview on Ponte al Día YouTube



💬 1      ⟲ 235      ♡ 251      �ᴵˡˡ 3.3K      🔖      ⬆️

**@IvanRFreites** ✔ · 2/10/26      𝕏



Our thanks to Venezuelan Merchant Marine officer Henry Paz for this song, for his gesture of solidarity, and

🏠      🔍      ⌀      🔔²⁰      ✉️



morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/03/02

Morningside, a Questel company's, Quality Management System is certified to ISO 9001:2015
Morningside, a Questel company's, Quality Management System is certified to ISO 9001:2015 and 13485:2016.
Morningside, a Questel company's, Quality Management System is certified to ISO 9001:2015, 13485:2016, and 17100:2015.

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- 'X Posts Freites.pdf'

The following services have been performed:

- Translation

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_Samuel Wu_

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

# Post

**tl @IvanRFreites reposted**



**Jhonattam Petit**
@soypetitygarcia

X.com

0 Translated by Grok

Desde #Coro, en plena protesta de trabajadores publicos y jubilados, Ivan Freites (sec. FUTVP) anuncid: entre marzo y proximos meses se abriran 5.000 a 8.000 plazas de trabajo en el Complejo Refinador Paraguana (CRP).





Google

✓ @IvanRFreites
9.6K posts

**Posts Replies Videos Photos**

Q 172 tl 3K <3? 9.8K ih 223K H ,t,

**1 @IvanRFreites** > @IvanRFreites • 6d

Hoy 20 de febrero de 2026, dia de la Federacion, almorzando "chivo en coco con arepa pela'.." en el restaurante Los Telleria de la calle Ampies con calle Democracia en mi tierra natal: CORO, desde aca un mensaje de esperanza, fe y confianza para los trabajadores venezolanos. Nos vemos en los portones. Saludos y bendiciones.

Ivan Freites Chirino
Secretario General del SUTPGEF
Secretario de Profesionales y Tecnicos de la FUTPV



O 3    ↑↑ 1    ♡ 4    ıl, 265    ⎍ .↑.



7:53

**@IvanRFreites**
9.6K posts

**Follow**

Posts Replies Videos Photos

tl @IvanRFreites reposted

**Andreina Ramos** ©2/12/26 X v 114

trabajadores de PDVSA estan presos
acusados de robo de combustible.
@IvanRFreites narra

su situacion y recuerda quienes son
los verdaderos contrabandistas de
gasolina

Entrevista completa en YouTube
Ponte al Dia



Q 1 'Ll 235 Q 251 ihl 3.3K                    □ £

@IvanRFreites ©• 2/10/26   X
Nuestro agradecimiento al oficial de la
Marina Mercante de Venezuela, Henry

Paz, porest cancion. oor su gesto solidario



**Posts**  Replies  Videos  Photos

💬  ↺ 2  ♡ 2  �ﻬ 122  🔖  ⬆

**@IvanRFreites** ✔ @Ivan... · 6d  𝕏

Union reestablishment begins at El Obrero Square in Punto Fijo, Falcón State.

In the city of Punto Fijo, Falcón State, oil and gas workers held an open assembly at El Obrero Square, organized by the Sole Union of Oil Workers, Show more



💬  ↺ 4  ♡ 6  ﻬ 188  🔖  ⬆

**Who to follow**



 **@IvanRFreites** ✔ @IvanRFreites · 14h     X

The union's refunding begins in El Obrero Square in Punto Fijo, Falcon State

In the city of Punto Fijo, Falcon State, oil and gas workers held an open assembly in El Obrero Square, convened by the Unified Union of Oil Workers, Show more



💬     ↺ 2     ♡ 5     ᵢₗᵢ 119     🔖   ⬆



morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/03/06

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- 'image001.jpg'

The following services have been performed:

- Translation

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Samuel Wu*

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

 **@IvanRFreites** ✓ @IvanRFreites · 14h  X

En la Plaza El Obrero de Punto Fijo, Estado Falcón comienza la refundación sindical

En la ciudad de Punto Fijo, estado Falcón, trabajadores petroleros y gasíferos realizaron una asamblea abierta en la Plaza El Obrero, convocada por el Sindicato Único de Trabajadores Petroleros, Show more



💬    ♻ 2    ♡ 5    ɪʟ 119    🔖  ⬆



**MORNINGSIDE**
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/03/17

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:

- 'PHOTO-2026-03-14-11-46-10.jpg'

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

11:45



For you      Explore

🍉 Falcón

Ivan Freites ⦿
1 day ago

🍉  *Centro Informativo Falcón*
#12Mar
📍 Falcón
*Petroleros de Falcón piden cese la persecución y la discriminación con la lista Tascón*

Los trabajadores petroleros del estado Falcón, se concentraron la mañana de este 12 de marzo en la Inspectoría del Trabajo en la ciudad de Punto Fijo, para exigir que cese la persecución con la lista Tascón.

👍
18

💬
4

↪
1

🔖

• • •

Add a comment