# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20465-BLOOM

and

CASE NO. 1:25-mc-25576-BLOOM

FILED BY _____ D.C.

MAR 19 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT
S. D. OF FLA. - MIAMI

IVAN R. FREITES C.,

*Plaintiff/Respondent,*

v.

HORACIO MEDINA,

*Defendant/Applicant.*

**NOTICE OF REPATRIATION OF IVAN FREITES FOR MEDICAL AND FAMILIAL NECESSITY IN COMPLIANCE WITH U.S. ADMINISTRATION POLICIES - NOTICE OF CHANGE OF ADDRESS (RULE 11.1(g)**

COMES NOW Ivan Freites ("Mr. Freites"), proceeding *pro se*, and pursuant to Local Rule 11.1(g), respectfully provides notice of his permanent repatriation to

1

Venezuela.

## 1. Repatriation and Permanent Address

Mr. Freites has concluded his temporary stay in the United States and his medical sojourn in Colombia. He has relocated with his wife and sons—who resided in Colombia for the previous four years—to their permanent home in Venezuela. Effective immediately, the address for service is:

**Ivan R. Freites C.**

Address line 1: Calle 20 casa número 12

Address line 2: Urbanización Santa María

City: Santa Ana De Coro

State: Falcón

Country: Venezuela

Postal Code: 4101

## 2. Humanitarian and Medical Basis for Relocation

Mr. Freites suffers from documented chronic heart conditions. Relocation to a stable environment supported by his unified family unit is a medical imperative for his health management and stress reduction. This move consolidates the family following their four-year displacement.

### 3. Obedience to U.S. Administration Policies

Mr. Freites's move is an act of obedience to U.S. policies:

- **TPS Termination:** In response to the Supreme Court's October 3, 2025, ruling, Mr. Freites has elected for voluntary self-departure in line with the DHS "Safe, Orderly, and Humane" objectives.

- **Democratic Transition:** Mr. Freites is participating in the U.S.-supervised transition currently underway in Venezuela to foster "sustained civic engagement" as sought by U.S. foreign policy.

Dated: March 10, 2026

Respectfully submitted,

**Ivan R. Freites C.**

pro se

Address line 1: Calle 20 casa número 12

Address line 2: Urbanización Santa María

City: Santa Ana De Coro

State: Falcón

Country: Venezuela

Postal Code: 4101

3

# CERTIFICATE OF SERVICE

I hereby certify that on this day of March 2026, a true and correct copy of the foregoing was filed physically with the Clerk of the Court, who will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

**Ivan R. Freites C.**

pro se

Address line 1: Calle 20 casa número 12

Address line 2: Urbanización Santa María

City: Santa Ana De Coro

State: Falcón

Country: Venezuela

Postal Code: 4101