**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-25576-BLOOM/Elfenbein**

IN RE: APPLICATION
OF HORACIO MEDINA

Applicant.
_________________________/

**ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Applicant Horacio Medina's ("Medina") Renewed Motion for Contempt and Sanctions Against Respondent Ivan Freites, ECF No. [61] ("Motion"). The Court referred the Motion to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendation ("R&R"). ECF No. [62]. Judge Elfenbein issued an R&R on November 2, 2026, recommending that the Motion be granted. ECF No. [74]. Specifically, Judge Elfenbein recommended that (1) Respondent Ivan Freites ("Freites") be held in civil contempt, (2) the Court issue a bench warrant directing the United States Marshals Service to arrest Freites and bring him promptly before the Court should he reenter the United States,[1] (3) the Court set coercive sanctions at $500 per day, to accrue until Freites complies with the January 26, 2026 Order, ECF No. [14], and February 5, 2026 Order, ECF No. [24], (4) the Court issue an award of attorneys' fees and costs. *See generally id.*

Medina subsequently filed a Motion to Correct Inadvertent Omission From, and Alternative Limited Objection to, Report and Recommendation ("Objection"), requesting that the Court correct the omission of document production as a condition for Freites to purge his contempt, or, in the

[1] Judge Elfenbein recommended that the bench warrant allow Freites to purge the contempt by: "(1) immediately contacting Medina's counsel and providing dates on which he is available for deposition; (2) appearing for and completing his deposition at a mutually agreed date and time or at a date and time set by the Court; (3) complying with any further directive necessary to accomplish the deposition; and (4) promptly producing all requested documents." ECF No. [74] at 23.

alternative, understand his request as a limited objection and adopt the R&R with that correction. ECF No. [75]. The Court agrees with Medina that document production should be included as a condition of Freites purging his contempt.

To date, Freites has not filed an objection, nor has he sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's R&R, the record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's R&R to be well reasoned and correct, with the limited caveat that document production shall be a condition of Freites purging his contempt.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [74]**, is **ADOPTED IN PART AND REJECTED IN PART**.
2. Medina's Objection, **ECF No. [75]**, is **SUSTAINED**.
3. Freites is **HELD IN CIVIL CONTEMPT** for violating the Court's January 26, 2026 Order, **ECF No. [14]**, and February 5, 2026 Order, **ECF No. [24]**.
   a. A warrant for Freites' arrest shall issue. The United States Marshals Service is **DIRECTED** to arrest Freites the moment he lands on United States soil and bring him promptly before the Court. Upon his arrest, Freites shall be advised of the conditions by which he may purge the contempt.
   b. A $500 daily accruing fine is assessed against Freites for each day Freites fails to comply.
   c. Freites may **PURGE** the contempt by immediately contacting Medina's counsel, providing dates of availability, promptly producing the requested

documents, and appearing for and completing his deposition at a mutually agreed date and time or at a date and time set by the Court.

d. Upon completion of Freites's deposition, production of all requested documents, and the filing of a notice by Medina confirming compliance, the civil contempt shall be deemed **PURGED**.

4. Medina is entitled to an award of attorneys' fees and costs. Medina shall file a Motion for Attorneys' Fees and Costs with an affidavit and any supporting documentation no later than **December 2, 2026**.

**DONE and ORDERED** in Chambers in Miami, Florida, on November 18, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record